DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE DIONICIO CAQUIAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-136

[May 3, 2018]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 56-2008-CF-4551-A.

Jose Caquias, Indiantown, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***